IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE, | § | |
| #1047716, | § | |
|      Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-02519-B-BT |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
|      Respondent. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge entered Findings, Conclusions, and Recommendation in this case. The District Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of October, 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE