IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE, <br> #1047716, <br> Petitioner, <br><br> v. <br><br> DIRECTOR, TDCJ-CID, <br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:25-cv-02519-B-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court **DENIES** Plaintiff's Motion for New Trial (Dkt. 6).

SIGNED this 12th day of December, 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE